**Order entered January 9, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-12-01480-CV

---

**PLANO AMI LP, ET AL, Appellants**

**V.**

**ERWIN CRUZ, M.D., Appellee**

---

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-16274-E**

---

## ORDER

Before the Court is the parties' January 4, 2013 joint unopposed motion to consolidate this appeal with cause number 05-12-01559-CV, Cherry Petersen Kandry Albert, LLP v. Erwin Cruz, M.D. The parties' motion to consolidate the appeals is **DENIED**. Both cases will be submitted on the same docket to one submission's panel.

/s/      DAVID LEWIS
       JUSTICE